UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID RUFFA,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>JUDGE MICHELLE LEAVITT, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01610-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Ext. Time – Dkt. #5) |

This matter is before the Court on Plaintiff David Ruffa's Motion for Extension of Time (Dkt. #5), filed December 29, 2015. This proceeding is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.

Plaintiff is a prisoner in the custody of the Nevada Department of Corrections ("NDOC") who proceeding in this action *pro se*. Mr. Ruffa initiated this action on August 21, 2015, filing his first Application to Proceed *in Forma Pauperis* (Dkt. #1). The Court denied the Application without prejudice because but he "did not include a copy of his inmate trust account statement or a financial certificate signed by an authorized officer of the Southern Desert Correctional Center." *See* Aug. 28, 2015 Order (Dkt. #2).

On September 21, 2015, Mr. Ruffa filed a second Application to Proceed *in Forma Pauperis* (Dkt. #3), which also failed to attach a copy of his inmate trust account statement for the six-month period prior to filing his second Application. In an Order (Dkt. #4) entered November 30, 2015, the Court instructed Mr. Ruffa to submit a copy of his inmate trust account statement pursuant to 28 U.S.C. § 1915(a)(2). Without this required document, the Court cannot determine the amount of Mr. Ruffa's initial partial filing fee or proceed with the process of screening Mr. Ruffa's Complaint (Dkt. #1-1). The Court therefore deferred a decision on Mr. Ruffa's application for 30 days or until December 30, 2015. *See* Order (Dkt. #4).

On December 30, 2015, Mr. Ruffa filed the Motion for Extension of Time (Dkt. #5), asking the Court for an additional 30 days to submit a copy of his inmate trust account statement. According to Mr. Ruffa, he has requested the financial statement three times but is still waiting to receive the documents.  The Court understands that Mr. Ruffa cannot obtain a copy of his inmate trust account statement without the assistance of NDOC staff members at the prison.

For good cause shown,

**IT IS ORDERED** that

1. Plaintiff David Ruffa's Motion for Extension of Time (Dkt. #5) is GRANTED.
2. Plaintiff David Ruffa's Application for Leave to Proceed *In Forma Pauperis* (Dkt. #3) is **DEFERED** for an additional 30 days, or until **February 15, 2016**.
3. Plaintiff shall file his inmate trust account statement no later than **February 15, 2016**.
4. Alternatively, Plaintiff shall pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order, on or before **February 15, 2016**.
5. Plaintiff's failure to comply with this Order by (a) submitting his inmate trust account statement, or (b) paying the filing fee before the **February 15, 2016** deadline will result in a recommendation to the District Judge that this case be dismissed without prejudice.
6. The Clerk of the Court shall send a copy of this Order to the Warden of the Southern Desert Correctional Center via certified mail with a return receipt requested:

Brian E. Williams Sr., Warden
Southern Desert Correctional Center
20825 Cold Creek Road
Indian Springs, Nevada 89070

Dated this 15th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2